IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEREMY CHRISTOPHER McWHORTER, )<br>)<br>Petitioner, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | CASE NO. 2:11-cv-0788-MEF<br>WO |

# **O R D E R**

On January 6, 2014, the Magistrate Judge filed a Recommendation (Doc. #23) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2. The petitioner's 28 U.S.C. § 2255 motion is DENIED and this case is DISMISSED with prejudice because the motion is untimely.  *See* 28 U.S.C. § 2255(f)(1).

DONE this the 5th day of February, 2014.

                                                   /s/ Mark E. Fuller
                                    UNITED STATES DISTRICT JUDGE